UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| PAUL PHILBRICK, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL NO.:  1:15-cv-00362 |
| | ) | |
| | ) | |
| | ) | |
| DEARBORN NATIONAL, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |
| | ) | |

MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE
RETURN OF SERVICE

The deadline for filing of Return of Service is January 6, 23016.  This case has settled.

The Settlement Agreement has been executed and delivered and the check ordered to be

released by Defendant.  Plaintiff awaits the check in the mail.  Accordingly, Plaintiff

requests an extension of time of 30  days up to and including February 5, 2016 within

which to file Return of Service or Stipulation of Dismissal.


DATED:  January 6, 2016                          */s/* Gisele M. Nadeau

                                                 Attorney for Plaintiff
                                                 55 Pleasant Ave.
                                                 Portland, ME 04103
                                                 207-671-0327