UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PAUL PHILBRICK, | ) |
| Plaintiff | ) |
| v. | ) CIVIL NO.: 1:15-cv-00362 |
| DEARBORN NATIONAL, | ) |
| Defendant | ) |

**RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff intends this dismissal be with prejudice as all issues between the parties have been resolved.

DATED: January 21, 2016

/s/ Gisele M. Nadeau
Attorney for Plaintiff
55 Pleasant Ave.
Portland, ME 04103
207-671-0327
ginadeau@Maine.rr.com